IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SURETEC INSURANCE COMPANY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>HOWELL, L.L.C. and )<br>CHARLES H. POLLARD, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:20cv794-MHT<br>(WO) |

**JUDGMENT**

Based on the stipulation of dismissal without prejudice (Doc. 13), it is ORDERED that this case is dismissed without prejudice with the following terms: The court retains jurisdiction to enforce the terms of the settlement agreement entered into between the parties in case of default by the defendants. The court specifically retains jurisdiction to re-open this case, withdraw the dismissal without prejudice, and enter the consent judgment in the event the defendants default in their payment obligations to the plaintiff.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of July, 2021.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE